**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF VIRGINIA

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   **4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Aero-X Golf, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA  Polara Golf** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-1414424** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>**PO Box 2092**<br>**Merrifield, VA 22116**<br>Number, Street, City, State & ZIP Code<br><br>**Fairfax**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**Anne Kaczala, Sr. Customer Development Executive**<br>**Iron Mountain Fulfilment Services, Inc.**<br>**1242 South River Rd. Cranbury, NJ 08512**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.polaragolf.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor      **Aero-X Golf, Inc.**

Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__3949__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| Debtor | | | Relationship | |
|---|---|---|---|---|
| District | | When | Case number, if known | |

Debtor    **Aero-X Golf, Inc.**                                                Case number (*if known*) _____
          Name

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
        Contact name  _____
        Phone         _____

---

**■  Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☑ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Debtor | **Aero-X Golf, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **12/13/2017**
MM / DD / YYYY

**X** **/s/ Steven Lebischak**                    **Steven Lebischak**
Signature of authorized representative of debtor      Printed name

Title      **Chief Executive**

---

**18. Signature of attorney**

**X** /s/ **Stephen A. Metz**                    Date **12/15/2017**
Signature of attorney for debtor      MM / DD / YYYY

**Stephen A. Metz, Esquire**
Printed name

**Offit Kurman, P.A.**
Firm name

**4800 Montgomery Lane, 9th Floor**
**Bethesda, MD 20814**
Number, Street, City, State & ZIP Code

Contact phone   **240-507-1723**      Email address   **smetz@offitkurman.com**

**89738, VA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Aero-X Golf, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF VIRGINIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☑ Other document that requires a declaration    **Creditor Matrix**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 13, 2017**     **X /s/ Steven Lebischak**
                                         Signature of individual signing on behalf of debtor

                                         **Steven Lebischak**
                                         Printed name

                                         **Chief Executive**
                                         Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Aero-X Golf, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF VIRGINIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Action Media Inc 4665 Red Deer Trail Broomfield, CO 80020** | | | | | | **$9,000.00** |
| **Bellatrix PC 5405 Morehouse Dr., Suite 110 San Diego, CA 92121** | | | **Disputed** | | | **$18,279.66** |
| **Bruce Pettibone Consulting 2633 Ocean St #2 Carlsbad, CA 92008** | | | | | | **$5,000.00** |
| **David Felker 20844 Wild Willow Hollow Escondido, CA 92029** | | **judgment** | | | | **$1,282,348.97** |
| **Foremost Golf Manufacturing No. 5 Kegong 8th Rd Touliu City, Yunlin County 640 Taiwan (R.O.C)** | | | | | | **$1,000,000.00** |
| **Golfer's First Technologies 3444 Silverlake Ct. Jamestown, NC 27282** | | | | | | **$7,027.28** |
| **Hye Precision Products 745 Carroll Street Perry, GA 31069** | | | | | | **$3,031.78** |
| **IP Data 704 W Park Ave Suite C Edgewater, FL 32132-1409** | | | | | | **$2,329.00** |

| Debtor | Aero-X Golf, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Just Add Technology Solutions** PO Box 2092 Merrifield, VA 22116 | | | | | | **$7,208.34** |
| **McCarthy, Burgess, Wolff** 26000 Cannon Road Bedford, OH 44146 | | | | | | **$5,762.77** |
| **Miranda & Associates** 1595 South Mission Road Fallbrook, CA 92028 | | | | | | **$2,345.00** |
| **Miranda CFO Services, Inc.** 1595 South Mission Rd Fallbrook, CA 92028 | | | **Disputed** | | | **$101,162.50** |
| **MLG Automotive Law** 2801 W. Coast Hiighway Suite 370 Newport Beach, CA 92663 | | | **Disputed** | | | **$21,061.62** |
| **Novus Media Inc.** PO Box 86 Minneapolis, MN 55486-0664 | | | | | | **$96,043.52** |
| **Pijush Dewanjee** 3746 Saddle Dr. Carlsbad, CA 92010 | | | **Disputed** | | | **$6,173.75** |
| **Procopio, Cory, Hargreaves & Savitch LLP** 12544 High Bluff Drive, #300 San Diego, CA 92130 | | | | | | **$400,000.00** |
| **QSControl Corp** No.39, Jing 3 Rd, C.E.P.Z Wuchi, 04 Taichung City, Taiwan 435 | | | | | | **$14,000.00** |
| **The Golf Shop - James Love** 2768 Loker Avenue Suite 100 Carlsbad, CA 92010 | | | | | | **$3,083.35** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Aero-X Golf, Inc.**
          Name

Case number *(if known)*  _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **The McLean Group 7918 Jones Branch Dr #750 Mc Lean, VA 22102** | | | | | | **$6,625.00** |
| **The Media Group 848 West Bartlett Road, #10E Bartlett, IL 60103** | | | | | | **$7,500.00** |

Official form 204                    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                    page 3

11 Bridges (Jason Landers)
2211 SE 76th Ave
Portland, OR 97215

Action Media Inc
4665 Red Deer Trail
Broomfield, CO 80020

AFCO Insurance Premium Finance
5600 N. River Road Ste 400
Des Plaines, IL 60018-5187

Alexander Smits
37 Wheatsheaf Lane
Princeton, NJ 08540

Andrew H. Gesek
25 Wynnedwood Drive
Collegeville, PA 19426

Antonelli, Terry, Stout
1300 North Seventeenth Street
Suite 1800
Arlington, VA 22209

Bellatrix PC
5405 Morehouse Dr., Suite 110
San Diego, CA 92121

Bert Galleno
Gravity Capital
186 Collins Street
San Francisco, CA 94118

Beverly Brito
c/o Erwin J. Shustak, Esq.
401 West "A" Street, Ste 2250
San Diego, CA 92101

Beverly Brito FBO Bud Misfelt
c/o Erwin J. Shustak, Esq.
401 West "A" Street, Ste 2250
San Diego, CA 92101

Bill Behrens
1721 Bowline Dr
Mount Pleasant, SC 29466


Bruce Pettibone Consulting
2633 Ocean St #2
Carlsbad, CA 92008


Cara McGinnis
5976 N. 83rd St.
Scottsdale, AZ 85250


Carl Patzer
c/o Erwin J. Shustak, Esq.
401 West "A" Street, Ste 2250
San Diego, CA 92101


Catherine & Robert Morris TTEE
c/o Erwin J. Shustak, Esq.
401 West "A" Street, Ste 2250
San Diego, CA 92101


Catherine Morris
c/o Erwin J. Shustak, Esq.
401 West "A" Street, Ste 2250
San Diego, CA 92101


Chris Holiday
12624 Carmel Country Road, #82
San Diego, CA 92130


Chris Vehring
21071 Winchester Drive
Trabuco Canyon, CA 92679


Cole Burr
Burrtec, 9820 Cherry Ave.
Fontana, CA 92335


Commonwealth of Virginia
State Corp Comm
PO Box 7607
Merrifield, VA 22116-7607

Cora Vaden
22 West Washington St.
Carson City, NV 89703


Craig Sapin
c/o Chris Holiday
12624 Carmel Country Road, #82
San Diego, CA 92130


Curt Beyer
500 La Terraza Blvd., Ste. 150
Escondido, CA 92025


Cynthia Gordon
500 La Terraza Blvd., Ste. 150
Escondido, CA 92025


David Felker
20844 Wild Willow Hollow
Escondido, CA 92029


deBary Partners
1012 Brentwood Lane
Brentwood, TN 37027


Donnie Hammond
12624 Carmel Country Road, #82
San Diego, CA 92130


Doug Winfield
1 Carriage Hill
Madison, AL 35758


Dr. Rocky Lee
26A Luna Gardens, Rockwell Ctr
Makati, Metro Manila
1229 Philippines


DW Sports Group
310 South Nina Drive, Ste 1
Mesa, AZ 85210

Earl Saxman
Foremost Golf MRG, LTD.
 2F No. 16, Lane 35, Ji-Hu Rd
Taipei, Taiwan


Edie Felker
20844 Wild Willow Hollow
Escondido, CA 92029-4903


Edward Burr
Burrtec
9820 Cherry Ave.
Fontana, CA 92335


EGJ, LLC
c/o Erwin J. Shustak, Esq.
401 West "A" Street, Ste 2250
San Diego, CA 92101


Erlene G Gardiner Trust
c/o Erwin J. Shustak, Esq.
401 West "A" Street, Ste 2250
San Diego, CA 92101


Executive Financial Enterprise
1626 N Wilcox AVE, Box 680
Los Angeles, CA 90028


Fifth Axis CNC
5th Axis CNC
7140 Engineer Road
San Diego, CA 92111


Foremost Golf Manufacturing
No. 5 Kegong 8th Rd
Touliu City, Yunlin County 640
Taiwan (R.O.C)


Foremost Golf Manufacturing
2Fl, No. 16, Lane 35, Ji-Hu Rd
Taipei 11492
Taiwan, R.O.C.


Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0531

Gerald Baker
11550 Caminito Garcia
San Diego, CA 92131

Gertrude Bronner
12624 Carmel Country Road, #82
San Diego, CA 92130

Golf Talk Radio
900 Salida Del Sol Drive
Paso Robles, CA 93446

Golfer's First Technologies
3444 Silverlake Ct.
Jamestown, NC 27282

Gravity Capital
Humberto Galleno
186 Collins Street
San Francisco, CA 94118

Hammacher Schlemmer INC
9307 N Milwaukee Ave
Saint Charles, IL 60174

Harry Kaiser
17 Chase Lane
Ithaca, NY 14850

Hye Precision Products
745 Carroll Street
Perry, GA 31069

Hyung J. Bak
9 Springville Way
Mount Laurel, NJ 08054

IP Data
704 W Park Ave Suite C
Edgewater, FL 32132-1409

James Bosworth
4 Apple Lane
Simsbury, CT 06070

James Mashburn
7145 Via Maraposa Sur
Bonsall, CA 92003


James P. Koch, Esq.
Law Offices of James P. Koch
1101 St. Paul Street
Baltimore, MD 21202


Jeff Guzy
3130 19th Street
Arlington, VA 22201


Jim Carlson
6691 North Avenida
de las Palaza
Tucson, AZ 85750


John Bollero
12624 Carmel Country Road, #82
San Diego, CA 92130


John C. Blocher
3681 Camino Del Pilar
Escondido, CA 92025


John Chu
3444 Silverlake Ct.
Jamestown, NC 27282


John Crawford
212 Arrowhead Way
Clinton, NY 13323


John Daly
6701 College Drive. Suite 150
Suffolk, VA 23435


John McGinnis
4333 E. Hashknife Rd.
Phoenix, AZ 85050


John Ruby
635 Whipperwill Lane
Stratford, CT 06614

John Snow
15735 Highland Valley Rd
Escondido, CA 92025


Joseph Gray
40550 Calle Cancion
Temecula, CA 92592


Just Add Technology Solutions
PO Box 2092
Merrifield, VA 22116


Karen Black, Sep Prop Tr dtd
12624 Carmel Country Road, #82
San Diego, CA 92130


Karen Weseloh
6250 Mimulus
Rancho Santa Fe, CA 92067


Kennel-Winograd
3591 Princeton Ave
San Diego, CA 92117


Kenneth Shropshire
7100 Wayne Ave.
Philadelphia, PA 19119


Larry Dorman
85 Via Larga Vista
Bonsall, CA 92003


Leslie Benning
239 East 93rd Street
New York, NY 10128


Liberty Mutual Insurance
P. O. Box 85834
San Diego, CA 92186-5834


Life After 50
50 S. De Lacey Ave. Suite 200
Pasadena, CA 91105-3806

Liz & Ken Jones
6961 East Palo Alto Road
Sierra Vista, AZ 85650


Louis M. Green
77 Downey St
San Francisco, CA 94117


Madavor Media LLC
25 Braintree Hill Office Park
Suite 404
Braintree, MA 02184


Mark Baker
15334 Bandy Canyon Rd
Escondido, CA 92025


Mark C. Haase
22403 Stormcroft Lane
Katy, TX 77450


Marsh Regan
3746 Saddle Drive
Carlsbad, CA 92010


Mary Silverstone
12624 Carmel Country Road, #82
San Diego, CA 92130


Mary Winograd
3591 Princeton Ave
San Diego, CA 92117


Matthew Kennel
3591 Princeton Ave
San Diego, CA 92117


McCarthy, Burgess, Wolff
26000 Cannon Road
Bedford, OH 44146


Melayni Patterson
12624 Carmel Country Road, #82
San Diego, CA 92130

Mike Brown
12624 Carmel Country Road, #82
San Diego, CA 92130


Minuteman Press of Carlsbad
6353 El Camino Real #H
Carlsbad, CA 92009


Miranda & Associates
1595 South Mission Road
Fallbrook, CA 92028


Miranda CFO Services, Inc.
1595 South Mission Rd
Fallbrook, CA 92028


MLG Automotive Law
2801 W. Coast Hiighway
Suite 370
Newport Beach, CA 92663


Montana Department of Revenue
PO Box 6309
Helena, MT 59604-6309


Mr. Cole Burr
Burrtec
9820 Cherry Avenue
Fontana, CA 92335


New Jersey Commercial
Collection (AFCO)
PO Box 2212
Cherry Hill, NJ 08034


Nicky Johnson
Sea Coast Exclusive Properties
2146 Encinitas Blvd #110
Encinitas, CA 92024


Norb Seufert
11618 Elwell Court
San Diego, CA 92131

Novus Media Inc.
PO Box 86
Minneapolis, MN 55486-0664


Paul Deutsch
166 La Pasada Cir S
Ponte Vedra Beach, FL 32082


Paul Marx
12624 Carmel Country Road, #82
San Diego, CA 92130


Pijush Dewanjee
3746 Saddle Dr.
Carlsbad, CA 92010


Pijush Dewanjee
3746 Saddle Drive
Carlsbad, CA 92010


POP TV LLC
5069 Maureen Lane, Unit A
Moorpark, CA 93021


Procopio Law
525 B St Ste 2200
San Diego, CA 92101


Procopio, Cory, Hargreaves
& Savitch LLP
12544 High Bluff Drive, #300
San Diego, CA 92130


QSControl Corp
No.39, Jing 3 Rd, C.E.P.Z
Wuchi, 04
Taichung City, Taiwan 435


RBC  FBO D L Felker
500 La Terraza Blvd., Ste. 150
Escondido, CA 92025

```
RBC Capital Markets
FBO David Felker
500 La Terraza Blvd, #102
Escondido, CA 92025


Riley L Criss
c/o Erwin J. Shustak, Esq.
401 West "A" Street, Ste 2250
San Diego, CA 92101


Riley L Criss Family Trust
c/o Erwin J. Shustak, Esq.
401 West "A" Street, Ste 2250
San Diego, CA 92101


Rob Stone
12455 Oak Knoll Road, #1H
Poway, CA 92064-5420


Robert P. Perkett
12624 Carmel Country Road, #82
San Diego, CA 92130


Robert Rodewald
3865 Skyline Road
Carlsbad, CA 92008


Robert W Morris TTEE
c/o Erwin J. Shustak, Esq.
401 West "A" Street, Ste 2250
San Diego, CA 92101


Rose Cosgrove
c/o Erwin J. Shustak, Esq.
401 West "A" Street, Ste 2250
San Diego, CA 92101


Ryan Arnold
5976 N. 83rd St.
Scottsdale, AZ 85250


Sara O'Connor
12624 Carmel Country Road, #82
San Diego, CA 92130
```

Shirley Turner
12624 Carmel Country Road, #82
San Diego, CA 92130


State of California
Franschise Tax Board
PO Box 942857
Sacramento, CA 94257-0511


Steve Lebischak
Aero-X Golf
P.O. Box 2092
Merrifield, VA 22116


Steven Lebischak
PO Box 2092
Merrifield, VA 22116


Susan Little
815 E 2nd St
Whitefish, MT 59937


The Golf Shop - James Love
2768 Loker Avenue
Suite 100
Carlsbad, CA 92010


The McLean Group
7918 Jones Branch Dr #750
Mc Lean, VA 22102


The Media Group
848 West Bartlett Road, #10E
Bartlett, IL 60103


Thomas Gailey
372 Mattison Ave
Ambler, PA 19002


Travelers Insurance
PO Box 660317
Dallas, TX 75266-0317

Turnstile Media Group
PO Box 951276
Dallas, TX 75395-1323


Vicky Kehoe
12624 Carmel Country Road, #82
San Diego, CA 92130


Vikash Sanyal
555 Enterprise Street
Escondido, CA 92029


Word's Court Reporting Service
Gidgette Nieves, CSR, Principa
1265 Carlsbad Village Dr. #210
Carlsbad, CA 92008


Yellow Pages United
 PO Box 50038
Jacksonville Beach, FL 32240-0038

# United States Bankruptcy Court
## Eastern District of Virginia

In re    **Aero-X Golf, Inc.**

Debtor(s)

Case No.

Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Aero-X Golf, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

**12/15/2017**

Date

/s/ **Stephen A. Metz**

**Stephen A. Metz, Esquire**

Signature of Attorney or Litigant

Counsel for   **Aero-X Golf, Inc.**

**Offit Kurman, P.A.**

**4800 Montgomery Lane, 9th Floor**
**Bethesda, MD 20814**
**240-507-1723 Fax:240-507-1735**
**smetz@offitkurman.com**