# United States Bankruptcy Court
## Eastern District of Virginia

In re  **Aero-X Golf, Inc.**                                       Case No.
                            Debtor(s)                              Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**See Attached.**

Note: List of Equity Security Holders is based on information found among company records. Parties involved with preparation of records are deceased or no longer with Aero-X Golf, Inc.

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date _[signature]_                          Signature  8 December 2017

                                            **Steven Lebischak**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

| Name of holder | Last known address or place of business of holder | Security Class - Common A | Security Class - Common B | Security Class - Preferred A | Security Class - Preferred B | Kind of Interest |
|---|---|---|---|---|---|---|
| 11 Bridges (Jason Landers) | 2211 SE 76th Ave Portland Oregon 97215 | - | - | 5,244 | - | |
| Alexander Smits | 37 Wheatsheaf Lane, Princeton NJ 08540. | - | - | - | - | |
| Andrew H. Gesek | 25 Wynnedwood Drive, Collegeville, PA 19426 | 2,256 | - | - | - | |
| Bert Galleno | Gravity Capital, 186 Collins Street, San Francisco, CA 94118 | 6,562 | - | - | - | |
| Beverly Brito | c/o Erwin J. Shustak, Esq., Shustak Reynolds & Partners, P.C., 401 West "A" Street, Suite 2250, San Diego, CA 92101 | 20,000 | - | - | - | |
| Beverly Brito FBO Bud Misfelt | c/o Erwin J. Shustak, Esq., Shustak Reynolds & Partners, P.C., 401 West "A" Street, Suite 2250, San Diego, CA 92101 | - | - | - | - | |
| Bill Behrens | 1721 Bowline Dr, Mount Pleasant, SC 29466 | 16,242 | 125 | - | - | |
| Cara McGinnis | 5976 N. 83rd St., Scottsdale , Az 85250. | 1,928 | 200 | - | - | |
| Carl Patzer | c/o Erwin J. Shustak, Esq., Shustak Reynolds & Partners, P.C., 401 West "A" Street, Suite 2250, San Diego, CA 92101 | 8,933 | - | - | - | |
| Catherine & Robert W Morris TTEE, Morris Family Trust | c/o Erwin J. Shustak, Esq., Shustak Reynolds & Partners, P.C., 401 West "A" Street, Suite 2250, San Diego, CA 92101 | 5,360 | - | - | - | |
| Catherine Morris | c/o Erwin J. Shustak, Esq., Shustak Reynolds & Partners, P.C., 401 West "A" Street, Suite 2250, San Diego, CA 92101 | 4,466 | - | - | - | |
| Chris Holiday | 12624 Carmel Country Road, #82, San Diego, CA 92130 | 37,232 | 200 | - | - | |
| Chris Vehring | 21071 WINCHESTER DRIVE TRABUCO CANYON, CA 92679 | 1,849 | - | - | - | |
| Cole Burr | Burrtec, 9820 Cherry Ave., Fontana, CA 92335 | 58,512 | - | - | - | |
| Cora Vaden | 22 West Washington St, Carson City, NV 89703 | 58,080 | - | - | - | |
| Cora (Troy) Vaden | 22 West Washington St, Carson City, NV 89703 | - | - | - | - | |
| Curt Beyer | 500 La Terraza Blvd., Ste. 150 Escondido, CA 92025 | 5,000 | - | - | - | |
| Craig Sapin | c/o Chris Holiday 12624 Carmel Country Road, #82, San Diego, CA  92130 | - | - | - | 2,080 | |
| Cynthia Gordon | 500 La Terraza Blvd., Ste. 150 Escondido, CA 92025 | - | - | - | - | |
| David Felker | 20844 Wild Willow Hollow, Escondido, CA 92029-4903 | 165,138 | 25,491 | 44,444 | - | |
| Donnie Hammond | 12624 Carmel Country Road, #82, San Diego, CA 92130 | 2,080 | - | - | - | |

| Name | Address | | | | |
|---|---|---|---|---|---|
| Doug Winfield | 1 Carriage Hill, Madison, AL  35758 | 13,006 | 1,445 | 4,000 | 4,855 |
| Earl Saxman | Foremost Golf MRG, LTD., 2F No. 16, Lane 35, Ji-Hu Road, Taipei, Taiwan | 4,458 | 125 | - | - |
| Edie Felker | 20844 Wild Willow Hollow, Escondido, CA  92029-4903 | 1,800 | 200 | - | - |
| Edward Burr | Burrtec, 9820 Cherry Ave., Fontana, CA  92335 | 8,933 | - | - | - |
| EGJ, LLC | c/o Erwin J. Shustak, Esq., Shustak Reynolds & Partners, P.C., 401 West "A" Street, Suite 2250, San Diego, CA 92101 | 4,466 | - | - | - |
| Erlene G Gardiner Trust | c/o Erwin J. Shustak, Esq., Shustak Reynolds & Partners, P.C., 401 West "A" Street, Suite 2250, San Diego, CA 92101 | 4,466 | - | - | - |
| Fifth Axis CNC | 5th Axis CNC, 7140 Engineer Road, San Diego, CA 92111 | 495 | - | - | - |
| Gerald Baker | 11550 Caminito Garcia, San Diego, CA  92131 | 11,966 | - | - | - |
| Gertrude Bronner | 12624 Carmel Country Road, #82, San Diego, CA 92130 | 17,866 | - | - | - |
| Gravity Capital (Humberto Galleno) | Gravity Capital, 186 Collins Street, San Francisco, CA 94118 | - | - | - | - |
| Harry Kaiser | 17 Chase Lane, Ithaca, NY  14850 | 3,125 | - | - | - |
| Hyung J. Bak | 9 Springville Way, Mount Laurel, NJ 08054 | 2,050 | - | - | - |
| James Bosworth | 4 Apple Lane, Simsbury, CT  06070 | 0 | - | - | - |
| James Mashburn | 7145 Via Maraposa Sur, Bonsall, CA 92003 | 23,807 | - | - | - |
| Jeff Guzy | 3130 19th Street North Arlington, VA 22201 | 4,185 | - | - | - |
| Jim Carlson | 6691 North Avenida de las Palazas, Tucson , AZ 85750 | 4,000 | - | - | - |
| John Bollero | 12624 Carmel Country Road, #82, San Diego, CA 92130 | 8,933 | - | - | - |
| John C. Blocher | 3681 Camino Del Pilar, Escondido, CA  92025 | 5,625 | - | - | - |
| John Chu | 3444 Silverlake Ct., Jamestown, NC  27282 | 99,295 | 17,019 | - | - |
| John Crawford | 212 Arrowhead Way, Clinton, NY   13323 | 18,405 | - | - | - |
| John Daly | 6701 College Drive. Suite 150, Suffolk, VA 23435 | 20,000 | - | - | - |
| John McGinnis | 4333 E. Hashknife Rd., Phoenix 85050 | 65,339 | 581 | - | - |
| John Ruby | 635 Whipperwill Lane, Stratford CT 06614 | 5,000 | - | - | - |
| John Snow | 15735 Highland Valley Rd  Escondido, CA  92025 | 5,000 | - | - | - |
| Joseph Gray | 40550 Calle Cancion, Temecula, CA 92592 | 12,000 | - | - | - |
| Karen Black, Sep Prop Tr dtd | 12624 Carmel Country Road, #82, San Diego, CA 92130 | 4,466 | - | - | - |
| Karen Weseloh | 6250 Mimulus, Rancho Santa Fe, CA 92067. | 136,939 | - | - | - |
| Kennel-Winograd | 3591 Princeton Ave, San Diego, CA  92117 | 594 | - | - | - |

| Name | Address | | | | |
|---|---|---|---|---|---|
| Kenneth Shropshire | 7100 Wayne Ave. Philadelphia, PA 19119 | 45 | - | - | - |
| Larry Dorman | 85 Via Larga Vista, Bonsall, CA 92003 | 1,200 | - | - | - |
| Leslie Benning | 239 East 93rd Street NY, NY 10128 | 45 | - | - | - |
| Liz & Ken Jones | 6961 East Palo Alto Road, Sierra Vista, Arizona 85650 | 1,663 | - | - | - |
| Louis M. Green | 77 Downey St, San Francisco, CA 94117 | 170,702 | - | - | - |
| Mark Baker | 15334 Bandy Canyon Rd, Escondido, CA 92025 | 15,179 | - | - | - |
| Mark C. Haase | 22403 Stormcroft Lane, Katy, TX 77450 | 490 | - | - | - |
| Marsh Regan | 3746 Saddle Drive, Carlsbad, CA 92010 | 89 | - | - | - |
| Mary Silverstone | 12624 Carmel Country Road, #82, San Diego, CA 92130 | 1,849 | - | - | - |
| Mary Winograd | 3591 Princeton Ave, San Diego, CA 92117 | 1,188 | - | - | - |
| Matthew Kennel | 3591 Princeton Ave, San Diego, CA 92117 | 7,456 | - | - | - |
| Melayni Patterson | 12624 Carmel Country Road, #82, San Diego, CA 92130 | 450 | 50 | - | - |
| Mike Brown | 12624 Carmel Country Road, #82, San Diego, CA 92130 | 1,800 | 200 | - | - |
| Nicky Johnson | Sea Coast Exclusive Properties, 2146 Encinitas Blvd #110, Encinitas, CA 92024 | 3,000 | 200 | - | - |
| Norb Seufert | 11618 Elwell Court, San Diego, CA 92131 | 3,971 | 441 | - | - |
| Paul Deutsch | 166 La Pasada Cir S, Ponte Vedra Beach, FL 32082 | 8,933 | - | - | - |
| Paul Marx | 12624 Carmel Country Road, #82, San Diego, CA 92130 | 4,466 | - | - | - |
| Pijush Dewanjee | 3746 Saddle Drive, Carlsbad, CA 92010 | 2,402 | 267 | - | - |
| Procopio Law | 525 B St Ste 2200, San Diego, CA 92101 | - | - | - | - |
| RBC FBO D L Felker | 500 La Terraza Blvd., Ste. 150 Escondido, CA 92025 | - | - | - | - |
| Riley L Criss | c/o Erwin J. Shustak, Esq., Shustak Reynolds & Partners, P.C., 401 West "A" Street, Suite 2250, San Diego, CA 92101, Ph. (619) 696-9500, eshustak@shufirm.com | 4,466 | - | - | - |
| Riley L Criss Family Trust | c/o Erwin J. Shustak, Esq., Shustak Reynolds & Partners, P.C., 401 West "A" Street, Suite 2250, San Diego, CA 92101, Ph. (619) 696-9500, eshustak@shufirm.com | - | - | - | - |
| Rob Stone | 12455 Oak Knoll Road, #1H, Poway, CA 92064-5420 | 5,402 | 489 | - | - |

| Name | Address | | | | |
|---|---|---:|---:|---:|---:|
| Robert P. Perkett | 12624 Carmel Country Road, #82, San Diego, CA 92130 | 5,360 | - | - | - |
| Robert Rodewald | 3865 Skyline Road, Carlsbad, CA 92008 | 9,221 | - | - | - |
| Robert W Morris TTEE, Morris Family Trust | c/o Erwin J. Shustak, Esq., Shustak Reynolds & Partners, P.C., 401 West "A" Street, Suite 2250, San Diego, CA 92101 | 14,293 | - | - | - |
| Rocky Lee | 26A luna Gardens, Rockwell Center, Makati, Metro Manila, 1229, Philippines | 111,686 | - | - | - |
| Rose Cosgrove | c/o Erwin J. Shustak, Esq., Shustak Reynolds & Partners, P.C., 401 West "A" Street, Suite 2250, San Diego, CA 92101 | 26,799 | - | - | - |
| Ryan Arnold | 5976 N. 83rd St., Scottsdale, Az 85250. | 1,800 | 200 | - | - |
| Sara O'Connor | 12624 Carmel Country Road, #82, San Diego, CA 92130 | 2,000 | 200 | - | - |
| Shirley Turner | 12624 Carmel Country Road, #82, San Diego, CA 92130 | 5,360 | - | - | - |
| Steve Lebischak | Aero-X Golf, P.O. Box 2092, Merrifield, VA 22116 | 29,178 | 2,487 | - | - |
| Susan Little | 815 E 2nd St, Whitefish, MT 59937 | 4,080 | 320 | - | - |
| Thomas Gailey | 372 Mattison Ave, Ambler, PA 19002 | 1,114 | - | - | - |
| Vicky Kehoe | 12624 Carmel Country Road, #82, San Diego, CA 92130 | 1,800 | 200 | - | - |
| Vikash Sanyal | 555 Enterprise Street, Escondido, CA 92029 | 2,080 | - | - | - |