**Fill in this information to identify the case:**

Debtor name    **Aero-X Golf, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF VIRGINIA

Case number (if known)   **17-14249**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■    *Schedule H: Codebtors* (Official Form 206H)
- ■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐    Amended *Schedule*
- ☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 29, 2017**      X **/s/ Steven Lebischak**
                                               Signature of individual signing on behalf of debtor

                                               **Steven Lebischak**
                                               Printed name

                                               **Chief Executive**
                                               Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name      **Aero-X Golf, Inc.**

United States Bankruptcy Court for the:      EASTERN DISTRICT OF VIRGINIA

Case number (if known)      **17-14249**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
**12/15**

| Part 1: | **Summary of Assets** |
| --- | --- |

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*...................................................................................... $      0.00

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*.................................................................................. $      844,268.44

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.................................................................................... $      844,268.44

| Part 2: | **Summary of Liabilities** |
| --- | --- |

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $      10,000.00

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................... $      0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$      3,024,301.74

4.  **Total liabilities** ..........................................................................................
    Lines 2 + 3a + 3b          $      3,034,301.74

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Aero-X Golf, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF VIRGINIA

Case number (if known)   **17-14249**

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **EagleBank** | **checking** | **2389** | **$11,308.48** |
| 3.2. | **First Bank (closed as of 12/19/2017)** | **checking** | **1796** | **$5,127.01** |

4.     **Other cash equivalents** *(Identify all)*

        $13,000 in certified bank checks
        $6,000 held for debtor in non-debtor bank account
        Note: The above funds were deposited post-petition into Debtor's debtor-in-possession

| 4.1. | **bank account.** | | | **$19,000.00** |
| --- | --- | --- | --- | --- |

5.     **Total of Part 1.**

        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$35,435.49** |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

| Debtor | **Aero-X Golf, Inc.** | Case number *(If known)* **17-14249** |
|---|---|---|
| | Name | |

☐ No. Go to Part 4.
■ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | | |
|---|---|---|---|---|---|
| | 11a. 90 days old or less: | **10,173.05** | - | **0.00** | = .... | **$10,173.05** |
| | | face amount | | doubtful or uncollectible accounts | | |

| | 11b. Over 90 days old: | **5,257.00** | - | **0.00** | = .... | **$5,257.00** |
|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | **$15,430.05** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** Inventory held in North Carolina Storage. See attachment "North Carolina Storage Inventory" Note Re: Physical Inventory Dates: Approx. 10/15/17 for goods in NC, 1/30/17 for DW Sports (located in AZ) | **10/15/17, 1/30/17** | **$49,686.40** | **Cost** | **$49,686.40** |
| | **Inventory held at Iron Mountain. See attachment "Inventory held at Iron Mountain"** | **Approx. 9/16/17** | **$79,128.19** | **Cost** | **$79,128.19** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

| Debtor | **Aero-X Golf, Inc.** | | | Case number *(If known)* | **17-14249** |
|---|---|---|---|---|---|
| | Name | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Inventory held by Whitebox. See attachment "Inventory held by Whitebox."** | | **$7,376.25** | **Cost** | | **$7,376.25** |

22. **Other inventory or supplies**

23. **Total of Part 5.**

    Add lines 19 through 22.  Copy the total to line 84.

    **$136,190.84**

24. **Is any of the property listed in Part 5 perishable?**
    - ■ No
    - ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    - ■ No
    - ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    - ■ No
    - ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    - ■ No.  Go to Part 7.
    - ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    - ■ No.  Go to Part 8.
    - ☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    - ■ No.  Go to Part 9.
    - ☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

    - ■ No.  Go to Part 10.
    - ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

    - ☐ No.  Go to Part 11.
    - ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

Debtor    **Aero-X Golf, Inc.**                                                  Case number (If known) **17-14249**
          Name

| | | | |
|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** **Patents and Patent Applications. See attachment "Patents and Patent Applications"** **Note:  The value listed herein for all of the intellectual property is based upon the fees and costs incurred for all conforming and non-conforming intellectual property, including attorneys fees and maintenance fees.** | **$0.00**    See Note | **$647,212.06** |
| 61. | **Internet domain names and websites** **www.polaragolf.com** **[The brand name Polara Golf is used by Aero-X but is owned by another company: Golfer First Technology (GFT). GFT licenses Polara to Aero-X.]** | **Unknown** | **Unknown** |
| 62. | **Licenses, franchises, and royalties** | | |
| 63. | **Customer lists, mailing lists, or other compilations** **Email registry consisting of approximately 20,000 names/email addresses** | **$0.00**    Estimated Cost | **$10,000.00** |
| 64. | **Other intangibles, or intellectual property** | | |
| 65. | **Goodwill** | | |

66. **Total of Part 10.**                                                          $657,212.06

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Aero-X Golf, Inc.** | Case number *(If known)* **17-14249** |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80.  **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $35,435.49 | |
| 81.  **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82.  **Accounts receivable.** *Copy line 12, Part 3.* | $15,430.05 | |
| 83.  **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84.  **Inventory.**  *Copy line 23, Part 5.* | $136,190.84 | |
| 85.  **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86.  **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87.  **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88.  **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89.  **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $657,212.06 | |
| 90.  **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91.  **Total.** Add lines 80 through 90 for each column | $844,268.44 | + 91b. $0.00 |
| 92.  **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $844,268.44 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Attachment to Schedule B | Part 5: Question No. 21
North Carolina Storage Inventory | New Drivers

| Inventory Code | Inventory Description | Availability | Total Shipments | Total Returns | In Stock | Cost |
|---|---|---|---|---|---|---|
| | | | | | | $85 |
| D105AMRH45 | 45' 10.5 A MRH | 9 | 1 | | 8 | |
| D105AMRH46 | 46' 10.5 A MRH | 45 | | | 45 | |
| D105AMRH47 | 47' 10.5 A MRH | 5 | | | 5 | |
| D105RMRH45 | 45' 10.5 R MRH | 10 | 2 | 1 | 9 | |
| D105RMRH46 | 46' 10.5 R MRH | 23 | | | 23 | |
| D105RMRH47 | 47' 10.5 R MRH | 5 | 1 | | 4 | |
| D105SMRH45 | 45' 10.5 S MRH | 2 | 1 | | 1 | |
| D105SMRH46 | 46' 10.5 S MRH | 2 | | | 2 | |
| D105SMRH47 | 47' 10.5 S MRH | 1 | | | 1 | |
| D12AMRH45 | 45' 12 A MRH | 8 | 1 | | 7 | |
| D12AMRH46 | 46' 12 A MRH | 30 | | | 30 | |
| D12AMRH47 | 47' 12 A MRH | 5 | | | 5 | |
| D12RMRH45 | 45' 12 R MRH | 2 | 2 | | 0 | |
| D12RMRH46 | 46' 12 R MRH | 23 | | | 23 | |
| D12RMRH47 | 47' 12 R MRH | 5 | | | 5 | |
| D12SMRH45 | 45' 12 S MRH | 1 | | | 1 | |
| D12SMRH46 | 46' 12 S MRH | 0 | | | 0 | |
| D12SMRH47 | 47' 12 S MRH | 2 | | | 2 | |
| DHL1AMRH45 | 45' HL1 A MRH | 4 | | | 4 | |
| DHL1AMRH46 | 46' HL1 A MRH | 8 | | | 8 | |
| DHL1AMRH47 | 47' HL1 A MRH | 0 | | | 0 | |
| DHL1RMRH45 | 45' HL1 R MRH | 9 | | | 9 | |
| DHL1RMRH46 | 46' HL1 R MRH | 32 | | | 32 | |
| DHL1RMRH47 | 47' HL1 R MRH | 8 | | | 8 | |
| DHL1SMRH46 | 46' HL1 S MRH | 0 | | | 0 | |
| DHL1SMRH47 | 47' HL1 S MRH | 0 | | | 0 | |
| DHL3AMRH45 | 45' HL3 A MRH | 16 | | | 16 | |
| DHL3AMRH46 | 46' HL3 A MRH | 9 | | | 9 | |
| DHL3AMRH47 | 47' HL3 A MRH | 12 | | | 12 | |
| DHL3RMRH45 | 45' HL3 R MRH | 7 | | | 7 | |
| DHL3RMRH46 | 46' HL3 R MRH | 6 | | | 6 | |
| DHL3RMRH47 | 47' HL3 R MRH | 6 | | | 6 | |
| Womens | | | | | | |
| D105WRH435 | 43.5' 10.5 WRH | 3 | | | 3 | |
| D105WRH445 | 44.5' 10.5 WRH | 3 | | | 3 | |
| D12WRH435 | 43.5' 12 L | 2 | | | 2 | |
| D12WRH445 | 44.5' 12 WRH WOMEN | 5 | | | 5 | |
| DHL1WRH435 | 43.5' HL1 WRH WOMEN | 5 | | | 5 | |
| DHL1WRH445 | 44.5' HL1 WRH WOMEN | 14 | | | 14 | |
| DHL3WRH435 | 43.5' HL3 WRH WOMEN | 2 | | | 2 | |
| DHL3WRH445 | 44.5' HL3 WRH WOMEN | 41 | | | 41 | |
| | | 370 | 8 | 1 | 363 | $30,855 |

Attachment to Schedule B | Part 5: Question No. 21
North Carolina Storage Inventory | Used Drivers

| Inventory Code | Inventory Description | Availability | Total Shipments | Total Returns | In Stock | Cost |
|---|---|---|---|---|---|---|
| AAD105AR45 | Used A Adv 10.5 Men A RH 45' | 4 | | | 4 | |
| AAD105AR46 | Used A Adv 10.5 Men A RH 46' | 5 | | | 5 | |
| AAD105AR47 | Used A Adv 10.5 Men A RH 47' | 1 | | | 1 | |
| AAD105RR45 | Used A Adv 10.5 Men R RH 45' | | | | 0 | |
| AAD105RR46 | Used A Adv 10.5 Men R RH 46' | | | | 0 | |
| AAD105RR47 | Used A Adv 10.5 Men R RH 47' | | | | 0 | |
| AAD105SR46 | Used A Adv 10.5 Men S RH 46' | | | | 0 | |
| AAD105SR45 | Used A Adv 10.5 Men S RH 45' | | | | 0 | |
| AAD105SR47 | Used A Adv 10.5 Men S RH 47' | | | | 0 | |
| AAD12AR45 | Used A Adv 12 Men A RH 45' | | | | 0 | |
| AAD12AR46 | Used A Adv 12 Men A RH 46' | 4 | | | 4 | |
| AAD12AR47 | Used A Adv 12 Men A RH 47' | | | | 0 | |
| AAD12RR45 | Used A Adv 12 Men R RH 45' | | | | 0 | |
| AAD12RR46 | Used A Adv 12 Men R RH 46' | | | | 0 | |
| AAD12RR47 | Used A Adv 12 Men R RH 47' | | | | 0 | |
| AAD12SR45 | Used A Adv 12 Men S RH 45' | | | | 0 | |
| AAD12SR46 | Used A Adv 12 Men S RH 46' | | | | 0 | |
| AAD12SR47 | Used A Adv 12 Men S RH 47' | | | | 0 | |
| AADH1AR45 | Used A Adv HL1 Men A RH 45' | 1 | | | 1 | |
| AADH1AR46 | Used A Adv HL1 Men A RH 46' | 25 | | | 25 | |
| AADH1AR47 | Used A Adv HL1 Men A RH 47' | 4 | | | 4 | |
| AADH1RR45 | Used A Adv HL1 Men R RH 45' | 3 | | | 3 | |
| AADH1RR46 | Used A Adv HL1 Men R RH 46' | 4 | | | 4 | |
| AADH3AR45 | Used A Adv HL3 Men A RH 45' | 1 | | | 1 | |
| AADH3AR46 | Used A Adv HL3 Men A RH 46' | | | | 0 | |
| Womens | | | | | | |
| AAD10WR435 | Used A Adv 10.5 Women L RH 435 | 2 | | | 2 | |
| AAD10WR445 | Used A Adv 10.5 Women L RH 445 | 1 | | | 1 | |
| AAD12WR435 | Used A Adv 12 Women L RH 435 | 1 | | | 1 | |
| AAD12WR445 | Used A Adv 12 Women L RH 445 | 1 | | | 1 | |
| AADH1WR435 | Used A Adv HL1 Women L RH 435 | 2 | | | 2 | |
| AADH1WR445 | Used A Adv HL1 Women L RH 445 | 8 | | | 8 | |
| AADH3WR435 | Used A Adv HL3 Women L RH 435 | 2 | | | 2 | |
| AADH3WR445 | Used A Adv HL3 Women L RH 445 | 4 | | | 4 | |
| | | 73 | 0 | 0 | 73 | $6,205 |

| | In Stock | Unit 24 | Sold | Total |
|---|---|---|---|---|
| | | | | Attachment to Schedule B \| Part 5: Question No. 21 |
| | | | | North Carolina Storage Inventory \| Misc. Used Drivers |
| 10.5 A 45 | 1 | | | 1 |
| 10.5 R 45 | | 1 | | 1 |
| 10.5 R 46 | 1 | 2 | | 3 |
| 10.5 S 45 | 1 | | 1 | 0 |
| 10.5 S 46 | | 2 | 2 | 0 |
| | | | | |
| 12 A 45 | 3 | | | 3 |
| 12 A 46 | | 2 | | 2 |
| 12 A 47 | 1 | | | 1 |
| 12 L 44.5 | | 1 | | 1 |
| 12 R 45 | 1 | 1 | | 2 |
| 12 R 46 | 1 | | 1 | 0 |
| | | | | |
| HL1 A 42 | 1 | | | 1 |
| HL1 A 43.5 | 2 | | | 2 |
| HL1 A 45 | 5 | | 1 | 4 |
| HL1 A 45 | 2 | | | 2 |
| HL1 A 46 | 1 | 2 | | 3 |
| HL1 L 43.5 | 5 | | | 5 |
| HL1 L 44.5 | 1 | 1 | | 2 |
| HL1 R 45 | | 2 | | 2 |
| HL1 R 46 | 1 | 1 | | 2 |
| | | | | |
| HL3 A 45 | 1 | 1 | | 2 |
| HL3 L 43.5 | 1 | | | 1 |
| HL3 L 44.5 | 4 | 1 | | 5 |
| HL3 R 45 | 1 | | | 1 |
| HL3 R 46 | | 1 | | 1 |
| | | | | |
| Total | | | | 47 |
| Cost | | | | 3,995.00 |

| | In Stock | Sold | Available | Cost | Total | |
|---|---|---|---|---|---|---|
| US | 8 | | 8 | 5.25 | 42 | Attachment to Schedule B \| Part 5: Question No. 21 |
| XS | 114 | | 114 | 8.25 | 940.5 | North Carolina Storage Inventory \| "DW Sports" |
| XD | 24 | | 24 | 5.25 | 126 | |

**Total Cost**                                1108.5

Attachment to Schedule B | Part 5: Question No. 21
North Carolina Storage Inventory | "Accessories"

| Loose Heads (New) | In Stock | Unit 24 | Sold | Total in stock | Cost/unit | Total Cost |
|---|---|---|---|---|---|---|
| 10.5 | 25 | 3 | 1 | 27 | 50.00 | 1,350.00 |
| 12 | | 1 | | 1 | | 50.00 |
| HL1 | 24 | 4 | | 28 | | 1,400.00 |
| Hl3 | 2 | 15 | | 17 | | 850.00 |
| **Used Heads** | | | | | | |
| 10.5 | | 1 | | 1 | | 50.00 |
| **Headcovers** | | | | | | |
| Ladies | 1 box | | | | | |
| Mens | 1 box | | | | | |
| Shafts | 200 | Mostly ladies | | | 10.00 | 2,000.00 |
| Ladies | 4 boxes | | | | | |
| R | 11 | | | 11 | | |
| **Golf Balls** | | | | | | |
| US | 64 | | 12 | 58 | 5.25 | 304.50 |
| XS | 56 | | 57 | 31 | 8.25 | 255.75 |
| XD | 82 | | 102 | 0 | 5.25 | - |
| XD 2 ball sleeves | 120 | | 30 | 90 | 0.80 | 72.00 |
| XDS 2 ball sleeves | 16 | | 12 | 4 | 1.10 | 4.40 |
| XD Dz. No Top | 68 | | 60 | 8 | | |
| US/XD combo | 21 | | | 21 | 5.25 | 110.25 |
| XS No Top | 36 | | | 36 | 8.25 | 297.00 |
| **Miscellaneous** | | | | | | |
| Hard Drives | 4 | | | | | |
| Monitors | 5 | | | | | |
| Hat Tool | 40 | | 3 | 37 | 7.00 | 259.00 |
| Sport Tool | 40 | | | 40 | 7.00 | 280.00 |
| Gloves | 30 | | | 30 | 8.00 | 240.00 |
| **Total Cost** | | | | | | 7,522.90 |

Attachment to Schedule B | Part 5: Question No. 21
Inventory Held by Iron Mountain

| Stock Number | Description | Qty Available | # of Dz | Cost/unit | Total | | Ordered | Notes |
|---|---|---|---|---|---|---|---|---|
| 960014093B | 3 Red Balls Tria   (case=12) | 38 | 456 | 8.25 | $  3,762.00 | | | XS no top full dozen |
| 96001409XS | 1 dz XS  (case=20) | 358 | 7160 | 8.25 | $59,070.00 | | | |
| CUSTOMER RETURNS | Customer Returns  (mixed pallet) | 2 | 0 | | $         - | | | |
| P2SUS2SXD | 2 sleeves each of the US and XD (case=20) | 16 | 320 | 5.25 | $  1,680.00 | | | |
| P2SUS2SXD-B | 2 sleeves each of the US and XD (box=12) | 10 | 10 | 5.25 | $       52.50 | | | |
| P2SUSXD | US-XD Trial Pack   (case=90) | 5 | 112.5 | 5.25 | $      590.63 | | 18-Dec | XD sleeves |
| P2SUSXD-S | US-XD Trial Pack   (Sleeve = 3) | 20 | 5 | 5.25 | $       26.25 | | 18-Dec | XD sleeves |
| PBCXD12DZ | 12 dz XD  (case=20) | 4 | 80 | 5.25 | $      420.00 | | | |
| PBXS20DZ | 20 dz XS   (case=20) | 59 | 1180 | 8.25 | $  9,735.00 | | | |
| PLASTICBINS | Plastic Bins   (case=3) | 32 | 0 | | $         - | | | |
| PLASTICBINS-E | Plastic Bins   (each) | 2 | 0 | | $         - | | | |
| PSUS3B | 3 green ball Trial Sleeve  (case=90) | 19 | 427.5 | 5.25 | $  2,244.38 | | | |
| PSUS3B-S | 3 green ball Trial Sleeve  (sleeve=3) | 59 | 14.75 | 5.25 | $       77.44 | | | |
| XDSEMPTY | XDS empty boxes (case=20) | 7 | 0 | | $         - | | | |
| XDSEMPTY-E | XDS empty boxes (each) | 14 | 0 | | $         - | | | |
| XS2BALSLV | 1 Two ball sleeve XD (case= 120) | 14 | 280 | 5.25 | $  1,470.00 | | | |
| XSEMPTY | XS empty boxes ( Case=20 ) | 19 | 0 | | $         - | | | |

$79,128.19

Attachment to Schedule B | Part 5: Question No. 21
Inventory Held by Whitebox

| SKU | Client SKU | Product | Amazon Pr | eBay Price | ASIN | Sales Veloc | Qty Reques | Inbound To | Processing | Ready To S | In Storage | Inbound To | Reserved F | In Stock | Total Stock | Cost/unit | Total Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| POL-001 | POL-001 | Polara Golf | 34.95 | 34.95 | B01N69L8NX | | 0 | | | | | | | 0 | | | |
| POL-002 | POL-002 | Polara Golf | 34.95 | 34.95 | B0074APHI | 0 | 0 | | | | | | 0 | 106 | 106 | 5.25 | $556.50 |
| POL-003 | POL-003 | Polara Golf | 34.95 | 34.95 | B004CMZH | 0 | 0 | | | | | | 0 | 580 | 580 | 8.25 | $4,785.00 |
| POL-004 | POL-004 | Polara Golf | 29.95 | 29.95 | B004CMRP | 0 | 0 | | | | | | 0 | 330 | 330 | 5.25 | $1,732.50 |
| POL-005 | POL-005 | Polara Golf | 32.95 | 32.95 | B01N0JLSH | 0 | 0 | | | | | | 0 | 9 | 9 | 5.25 | $47.25 |
| POL-006 | POL-006 | Polara Golf | 37.95 | 37.95 | B01N9ADH4A | | 0 | | | | | | | 0 | | | |
| POL-007 | DHL3WRH | Polara Golf | 299 | 299 | B00FCCOC | 0 | 0 | | | | | | | 0 | | | |
| POL-008 | DHL3RMRI | Polara Golf | 299 | 299 | B00FCCOCJ | | 0 | | | | | | | 0 | | | |
| POL-009 | DHL3AMRI | Polara Golf | 299 | 299 | B00FCCO6\ | 0 | 0 | | | | | 0 | | 1 | 1 | 85 | $85.00 |
| POL-010 | DHL1WRH | Polara Golf | 299 | 299 | B00FCCOC\ | 0 | 0 | | | | | | | 0 | | | |
| POL-011 | DHL1RMRI | Polara Golf | 299 | 299 | B01N9ADK | 0 | 0 | | | | | | | 0 | | | |
| POL-012 | DHL1AMRI | Polara Golf | 299 | 299 | B00FCCOC | 0 | 0 | | | | | | | 0 | | | |
| POL-013 | D12WRH4 | Polara Golf | 299 | 299 | B00FCCOJT | 0 | 0 | | | | | | | 0 | | | |
| POL-014 | D12RMRI | Polara Golf | 299 | 299 | B01NBCKOMW | | 0 | | | | | | | 0 | | | |
| POL-015 | D12AMRI | Polara Golf | 299 | 299 | B01MQOTYQK | | 0 | | | | | | | 0 | | | |
| POL-016 | D12SMRI | Polara Golf | 299 | 299 | B01MTTCQ | 0 | 0 | | | | | | | 0 | | | |
| POL-017 | D105WRH | Polara Golf | 299 | 299 | B01NBC8JC | 0 | 0 | | | | | 0 | | 1 | 1 | 85 | $85.00 |
| POL-018 | D105RMRI | Polara Golf | 299 | 299 | B01MTTCQ13 | | 0 | | | | | | | 0 | | | |
| POL-019 | D105AMRI | Polara Golf | 299 | 299 | B01MXR0I | 0 | 0 | | | | | 0 | | 1 | 1 | 85 | $85.00 |
| POL-020 | D105SMRI | Polara Golf | 299 | 299 | B01MRQ6C | 0 | 0 | | | | | | | 0 | | | |
| POL-007A | POL-007A | Polara Golf | 299 | 299 | | 0 | 0 | | | | | | | 0 | | | |
| POL-010A | POL-010A | Polara Golf | 299 | 299 | | 0 | 0 | | | | | | | 0 | | | |
| GO-XGJC-Y | GO-XGJC-Y | Polara Golf | 299 | 299 | | 0 | 0 | | | | | | | 0 | | | |
| DH-Q0GF-E | DH-Q0GF-E | Polara Golf | 299 | 299 | | 0 | 0 | | | | | | | 0 | | | |
| POL-021 | XDS2BALX | Polara Golf | 19.99 | 19.99 | | | 0 | | | | | | | 0 | | | |
| POL-022 | XDS2BALX | Polara Golf | 39.99 | 39.99 | B0074ASVVO | | 0 | | | | | | | 0 | | | |
| POL-023C | POL-023C | Polara Golf | 39.99 | 39.99 | | 0 | 0 | | | | | | | 0 | | | |

$7,376.25

Attachment to Schedule B | Part 5: Question No. 60
Patents and Patent Applications

| **Patents** **(Non-Conforming Golf Balls)** | | **Patent Applications** **(Non-Conforming Golf Balls)** | |
|---|---|---|---|
| **Patent No.** | **Description** | **Patent No.** | **Description** |
| 9,211,442 | Anti-slice golf ball construction | 20140349782 | Low lift golf ball |
| 8,795,103 | Low lift golf ball | 20130090189 | Kit for a driver and golf ball that provides optimum performance |
| 8,708,840 | Low lift golf ball | 20120238378 | Anti-Slice Golf Ball Construction |
| 8,708,839 | Low lift golf ball | 20120108362 | Nonconforming Anti-Slice Ball |
| 8,657,706 | Low lift golf ball | 20110294605 | Nonconforming Anti-Slice Ball |
| 8,622,852 | Low lift golf ball | 20110294604 | Nonconforming Anti-Slice Ball |
| 8,602,916 | Low lift golf ball | 20110294603 | Nonconforming Anti-Slice Ball |
| 8,579,730 | Low lift golf ball | 20110294602 | Nonconforming Anti-Slice Ball |
| 8,574,098 | Low lift golf ball | 20110294601 | Nonconforming Anti-Slice Ball |
| 8,550,938 | Low lift golf ball | 20110293765 | Nonconforming Anti-Slice Ball |
| 8,550,937 | Low lift golf ball | 20110269578 | Nonconforming Anti-Slice Ball |
| 8,512,167 | Low lift golf ball | 20110269577 | Nonconforming Anti-Slice Ball |
| 8,491,420 | Low lift golf ball | 20110269576 | Nonconforming Anti-Slice Ball |
| 8,491,419 | Low lift golf ball | 20110269575 | Nonconforming Anti-Slice Ball |
| 8,475,299 | Low lift golf ball | 20110268833 | Nonconforming Anti-Slice Ball |
| 8,454,456 | Low lift golf ball | | |
| 8,388,468 | Low lift golf ball | | |
| 8,388,467 | Low lift golf ball | | |
| 8,382,613 | Low lift golf ball | | |
| 8,371,961 | Low lift golf ball | | |
| 8,366,569 | Low lift golf ball | | |
| 8,323,124 | Low lift golf ball | | |
| 8,267,810 | Low lift golf ball | | |
| 8,262,513 | Low lift golf ball | | |
| 8,251,840 | Low lift golf ball | | |
| 8,246,490 | Low lift golf ball | | |
| 8,226,502 | Low lift golf ball | | |
| 8,202,179 | Low lift golf ball | | |
| 8,202,178 | Low lift golf ball | | |
| 8,197,361 | Low lift golf ball | | |
| 8,192,307 | Low lift golf ball | | |
| 8,192,306 | Low lift golf ball | | |
| 8,038,548 | Low lift golf ball | | |

**Fill in this information to identify the case:**

Debtor name **Aero-X Golf, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF VIRGINIA

Case number (if known) **17-14249**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**2.1** | **Dr. Rocky Lee**
Creditor's Name

**26A Luna Gardens, Rockwell Ctr Makati, Metro Manila 1229 Philippines**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Polara Golf Ball Inventory - 2000 dozen US Patent 8038548 and 9211442**

Amount of claim: **$7,500.00**    Value of collateral: **Unknown**

Creditor's email address, if known

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2** | **Foremost Golf Manufacturing**
Creditor's Name

**2Fl, No. 16, Lane 35, Ji-Hu Rd Taipei 11492 Taiwan, R.O.C.**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Polara Golf Ball Inventory - 2000 dozen US Patent 8038548 and 9211442**

Amount of claim: **$2,500.00**    Value of collateral: **Unknown**

Creditor's email address, if known

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Aero-X Golf, Inc.** | | Case number (if know) | **17-14249** |
|---|---|---|---|---|
| | Name | | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | **$10,000.00**

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Aero-X Golf, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF VIRGINIA

Case number (if known)   **17-14249**

☐ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**Action Media Inc**<br>**4665 Red Deer Trail**<br>**Broomfield, CO 80020**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$9,000.00** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**AFCO Insurance Premium Finance**<br>**5600 N. River Road Ste 400**<br>**Des Plaines, IL 60018-5187**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$528.00** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Antonelli, Terry, Stout**<br>**1300 North Seventeenth Street**<br>**Suite 1800**<br>**Arlington, VA 22209**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,269.00** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Bellatrix PC**<br>**5405 Morehouse Dr., Suite 110**<br>**San Diego, CA 92121**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$18,279.66** |

| Debtor | Aero-X Golf, Inc. | Case number (if known) | 17-14249 |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Bruce Pettibone Consulting**
2633 Ocean St #2
Carlsbad, CA 92008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,700.00 |
|---|---|---|---|

**Commonwealth of Virginia
State Corp Comm**
PO Box 7607
Merrifield, VA 22116-7607

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,282,348.97 |
|---|---|---|---|

**David Felker**
20844 Wild Willow Hollow
Escondido, CA 92029

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __judgment__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**deBary Partners**
1012 Brentwood Lane
Brentwood, TN 37027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $419.25 |
|---|---|---|---|

**DW Sports Group**
310 South Nina Drive, Ste 1
Mesa, AZ 85210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $529.55 |
|---|---|---|---|

**Executive Financial Enterprise**
1626 N Wilcox AVE, Box 680
Los Angeles, CA 90028

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000,000.00 |
|---|---|---|---|

**Foremost Golf Manufacturing**
No. 5 Kegong 8th Rd
Touliu City, Yunlin County 640
Taiwan (R.O.C)

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Aero-X Golf, Inc. | Case number (if known) | **17-14249** |
|---|---|---|---|
| | Name | | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |
|---|---|---|---|

**Franchise Tax Board**
**PO Box 942857**
**Sacramento, CA 94257-0531**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$597.00** |
|---|---|---|---|

**Golf Talk Radio**
**900 Salida Del Sol Drive**
**Paso Robles, CA 93446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,027.28** |
|---|---|---|---|

**Golfer's First Technologies**
**3444 Silverlake Ct.**
**Jamestown, NC 27282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,785.20** |
|---|---|---|---|

**Hammacher Schlemmer INC**
**9307 N Milwaukee Ave**
**Saint Charles, IL 60174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,031.78** |
|---|---|---|---|

**Hye Precision Products**
**745 Carroll Street**
**Perry, GA 31069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,329.00** |
|---|---|---|---|

**IP Data**
**704 W Park Ave Suite C**
**Edgewater, FL 32132-1409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,208.34** |
|---|---|---|---|

**Just Add Technology Solutions**
**PO Box 2092**
**Merrifield, VA 22116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Aero-X Golf, Inc.** | | Case number (if known) | **17-14249** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$455.75** |
|---|---|---|---|
| | **Liberty Mutual Insurance**<br>**P. O. Box 85834**<br>**San Diego, CA 92186-5834** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$800.00** |
|---|---|---|---|
| | **Life After 50**<br>**50 S. De Lacey Ave. Suite 200**<br>**Pasadena, CA 91105-3806** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,500.00** |
|---|---|---|---|
| | **Madavor Media LLC**<br>**25 Braintree Hill Office Park**<br>**Suite 404**<br>**Braintree, MA 02184** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,762.77** |
|---|---|---|---|
| | **McCarthy, Burgess, Wolff**<br>**26000 Cannon Road**<br>**Bedford, OH 44146** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$665.02** |
|---|---|---|---|
| | **Minuteman Press of Carlsbad**<br>**6353 El Camino Real #H**<br>**Carlsbad, CA 92009** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,345.00** |
|---|---|---|---|
| | **Miranda & Associates**<br>**1595 South Mission Road**<br>**Fallbrook, CA 92028** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$101,162.50** |
|---|---|---|---|
| | **Miranda CFO Services, Inc.**<br>**1595 South Mission Rd**<br>**Fallbrook, CA 92028** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Aero-X Golf, Inc. | | Case number *(if known)* | **17-14249** |
|---|---|---|---|---|
| | Name | | | |

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,061.62**

**MLG Automotive Law**
**2801 W. Coast Hiighway**
**Suite 370**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$822.95**

**Montana Department of Revenue**
**PO Box 6309**
**Helena, MT 59604-6309**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Mr. Cole Burr**
**Burrtec**
**9820 Cherry Avenue**
**Fontana, CA 92335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$528.00**

**New Jersey Commercial**
**Collection (AFCO)**
**PO Box 2212**
**Cherry Hill, NJ 08034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$96,043.52**

**Novus Media Inc.**
**PO Box 86**
**Minneapolis, MN 55486-0664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,173.75**

**Pijush Dewanjee**
**3746 Saddle Dr.**
**Carlsbad, CA 92010**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,179.36**

**POP TV LLC**
**5069 Maureen Lane, Unit A**
**Moorpark, CA 93021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Aero-X Golf, Inc. | | Case number (if known) | 17-14249 |
|---|---|---|---|---|
| | Name | | | |

---

**3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$400,000.00**

Procopio, Cory, Hargreaves
& Savitch LLP
12544 High Bluff Drive, #300
San Diego, CA 92130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,000.00**

QSControl Corp
No.39, Jing 3 Rd, C.E.P.Z
Wuchi, 04
Taichung City, Taiwan 435

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$758.33**

RBC Capital Markets
FBO David Felker
500 La Terraza Blvd, #102
Escondido, CA 92025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00**

State of California
Franschise Tax Board
PO Box 942857
Sacramento, CA 94257-0511

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,519.11**

Steven Lebischak
PO Box 2092
Merrifield, VA 22116

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,083.35**

The Golf Shop - James Love
2768 Loker Avenue
Suite 100
Carlsbad, CA 92010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,625.00**

The McLean Group
7918 Jones Branch Dr #750
Mc Lean, VA 22102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Aero-X Golf, Inc.** | Case number (if known) | **17-14249** |
|--------|----------------------|------------------------|--------------|
| | Name | | |

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,500.00 |
|------|---|---|---|

**The Media Group**
**848 West Bartlett Road, #10E**
**Bartlett, IL 60103**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,624.73 |
|------|---|---|---|

**Travelers Insurance**
**PO Box 660317**
**Dallas, TX 75266-0317**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $425.00 |
|------|---|---|---|

**Turnstile Media Group**
**PO Box 951276**
**Dallas, TX 75395-1323**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $766.95 |
|------|---|---|---|

**Word's Court Reporting Service**
**Gidgette Nieves, CSR, Principa**
**1265 Carlsbad Village Dr. #210**
**Carlsbad, CA 92008**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $396.00 |
|------|---|---|---|

**Yellow Pages United**
**PO Box 50038**
**Jacksonville Beach, FL 32240-0038**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:   List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **James P. Koch, Esq.**<br>**Law Offices of James P. Koch**<br>**1101 St. Paul Street**<br>**Baltimore, MD 21202** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. | + $ | 3,024,301.74 |

---

| Debtor | **Aero-X Golf, Inc.** | Case number (if known) | **17-14249** |
|---|---|---|---|
| | Name | | |

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.   $ _____ **3,024,301.74**

**Fill in this information to identify the case:**

Debtor name      **Aero-X Golf, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF VIRGINIA

Case number (if known)   **17-14249**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property*
     (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Storage Unit $220/month Storage of drivers and some golf balls Monthly**<br><br><br><br>**AAA Self Storage 2553 Willard Dairy Rd High Point, NC 27265** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Storage Unit in Falls Church, VA $150/month Storage of Company files and documents**<br><br><br>**Extra Space Storage 2795 East Cottonwood Pkwy Suite 400 Salt Lake City, UT 84121** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest<br><br><br>State the term remaining<br><br>List the contract number of any government contract | **License Agreement dated 8/12/10 for use of trademarks, service marks and trade names POLARA, POLARA GOLF, and similar names. Effective until licensee decides to terminate**<br><br>**Golfer First Technologies LLC 3444 Silverlake Ct. Jamestown, NC 27282** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Fulfillment Storage of inventory for shipping to retailers**<br><br>**Monthly**<br><br>**Iron Mountain 1 Federal Street Boston, MA 02110** |

| Debtor 1 | **Aero-X Golf, Inc.** | | | Case number *(if known)* | **17-14249** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance** | |
|---|---|---|---|
| | State the term remaining | **December 2018** | **Piedmont Triad Insurance** |
| | List the contract number of any government contract | | **7 Battleground Court**<br>**Greensboro, NC 27408** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Fulfillment of online orders on Amazon.com** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Whitebox**<br>**702 S Port St**<br>**Baltimore, MD 21224** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Aero-X Golf, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)    **17-14249**

☐ Check if this is an
amended filing

# Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Chris Holiday** | **12624 Carmel Country Road, #82 San Diego, CA 92130 Guarantor** | **Foremost Golf Manufacturing** | ☐ D _____ ☑ E/F __3.11__ ☐ G _____ |
| 2.2 **David Felker** | **20844 Wild Willow Hollow Escondido, CA 92029 Guarantor** | **Foremost Golf Manufacturing** | ☐ D _____ ☑ E/F __3.11__ ☐ G _____ |
| 2.3 **Doug Winfield** | **1 Carriage Hill Madison, AL 35758 Guarantor** | **Foremost Golf Manufacturing** | ☐ D _____ ☑ E/F __3.11__ ☐ G _____ |
| 2.4 **John Chu** | **3444 Silverlake Ct. Jamestown, NC 27282 Guarantor** | **Foremost Golf Manufacturing** | ☐ D _____ ☑ E/F __3.11__ ☐ G _____ |
| 2.5 **John McGinnis** | **4333 E. Hashknife Rd. Phoenix, AZ 85050 Guarantor** | **Foremost Golf Manufacturing** | ☐ D _____ ☑ E/F __3.11__ ☐ G _____ |

| Debtor | **Aero-X Golf, Inc.** | | Case number *(if known)* | **17-14249** |

---

☐ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | **Karen Weseloh** | **6250 Mimulus** | **Foremost Golf** | ☐ D _____ |
| | | **Rancho Santa Fe, CA 92067** | **Manufacturing** | ■ E/F   **3.11** |
| | | **Guarantor** | | ☐ G _____ |

---

| 2.7 | **Steven** | **PO Box 2092** | **Foremost Golf** | ☐ D _____ |
| | **Lebischak** | **Merrifield, VA 22116** | **Manufacturing** | ■ E/F   **3.11** |
| | | **Guarantor** | | ☐ G _____ |

---

**Fill in this information to identify the case:**

Debtor name    **Aero-X Golf, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)    **17-14249**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/16**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$219,835.12** |
| **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$272,006.00** |
| **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$1,188,436.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Aero-X Golf, Inc. | | Case number *(if known)* | **17-14249** |
|---|---|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **See SOFA No. 13** | | | **$0.00** |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None.

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **David Felker v. Aero-X Golf, Inc.**<br>**24C17004566** | **Foreign Judgment** | **Circuit Court for Baltimore City**<br>**100 N Calvert St**<br>**Baltimore, MD 21202** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **David Felker v. Aero-X Golf, Inc.**<br>**37-2015-00043016-CU-PT-CTL** | **Judgment (Confirming Arbitration Award)** | **Superior Court of the State of California, County of San Diego**<br>**Central Division** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | **David Felker v. Aero-X Golf, Inc.**<br>**01-16-0000-9155** | **Arbitration** | **American Arbitration Association Employment Arbitration Tribunal** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | **David Felker v. Aero-X Golf, Inc.**<br>**CL-2017-16974** | **Foreign Judgment** | **Circuit Court for Fairfax County, VA**<br>**4110 Chain Bridge Rd**<br>**Fairfax, VA 22030** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Aero-X Golf, Inc.** | Case number *(if known)* | **17-14249** |
|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.5. | **David Felker v. Aero-X Golf, Inc.**<br>**516077/2017** | **Foreign Judgment** | **Supreme Court of New York**<br>**360 Adams St #4**<br>**Brooklyn, NY 11201** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

<br>

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

| Debtor | **Aero-X Golf, Inc.** | | Case number (if known) | **17-14249** |

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. | | **$25,000 Retainer Paid 10/9/17 From Retainer, the following Invoices were paid: $7,920 on 11/8/17 $1,848 on 12/6/17 $4,357 on 12/14/17 (includes filing fee)** | |
| **Offit Kurman, P.A. 8171 Maple Lawn Blvd. #200 Fulton, MD 20759** | **Attorney Fees** | | **$12,408.00** |
| Email or website address **smetz@offitkurman.com** | | | |
| Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. | **$6,289 (Garnished funds in Debtor's Account Prior to 90 days before Petition Date)** | | |
| **David Felker 20844 Wild Willow Hollow Escondido, CA 92029** | **$60,000 (Obtained Possession of Inventory Valued at Approximately $60,000 Prior to 90 days before Petition Date)** | | **$66,289.00** |
| Relationship to debtor **Former insider** | | | |

**Part 7:**    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Aero-X Golf, Inc. | Case number *(if known)*  **17-14249** |
| --- | --- | --- |

☐ Does not apply

| | Address | Dates of occupancy From-To |
| --- | --- | --- |
| 14.1. | **C/O Robert Miranda** **Miranda & Associates** **1595 South Mission Road** **Fallbrook, CA 92028** | **Approx. June 2013-December 2015** |

## Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- | --- |
| 18.1. | **Wells Fargo Bank** | **XXXX-9058** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | **8/21/17** | **$50.25** |

| Debtor | Aero-X Golf, Inc. | | | Case number *(if known)* | 17-14249 |

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.2. | **First Bank**<br>**PO Box 925**<br>**Troy, NC 27371** | **XXXX-1796** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **12/19/2017** | **$5,127.01** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **AAA Self Storage**<br>**2553 Willard Dairy Rd**<br>**High Point, NC 27265** | **John Chu**<br>**3444 Silverlake Ct.**<br>**Jamestown, NC 27782** | **Drivers and parts for drivers**<br>**Some golf balls** | ☐ No<br>■ Yes |
| **Extra Space Storage**<br>**2795 East Cottonwood Pkwy**<br>**Suite 400**<br>**Salt Lake City, UT 84121** | **Steven Lebischak** | **Company files and documents**<br>**Storage Unit is in Falls Church, VA** | ☐ No<br>■ Yes |
| **Motivational Fulfillment**<br>**15820 Euclid Avenue**<br>**Chino, CA 91708** | | **Golf balls, Golf clubs and accessories** | ■ No<br>☐ Yes |
| **The Belt's Corporation-BBC**<br>**608 Folcroft Street**<br>**Baltimore, MD 21224** | | **Golf balls, Golf clubs and accessories** | ■ No<br>☐ Yes |
| **Iron Mountain Fulfillment Services**<br>**1242 S. River Road**<br>**Cranbury, NJ 08512** | **Iron Mountain employees** | **Golf balls, Golf clubs and accessories** | ☐ No<br>■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

| Debtor | Aero-X Golf, Inc. | Case number *(if known)* **17-14249** |
|---|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title
Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service
From-To |
|---|---|
| 26a.1.    **Jain & Associates**
**43448 Katling Sq.**
**Chantilly, VA 20152** | **March 2016 -**
**Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Debtor | Aero-X Golf, Inc. | | Case number *(if known)*  **17-14249** |
|---|---|---|---|

| Name and address | | | Date of service From-To |
|---|---|---|---|
| 26b.1. | **Jain & Associates**<br>**43448 Katling Sq.**<br>**Chantilly, VA 20152** | | **March 2016 -**<br>**Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Steve Lebischak**<br>**Aero-X Golf**<br>**Unit A220**<br>**2820 Hollywood Road**<br>**Falls Church, VA 22043** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

## 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Steven Lebischak | PO Box 2092<br>Merrifield, VA 22116 | Chief Executive<br>Director | 29,178<br>Common A<br>2,487<br>Common B |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Louis M. Green | 77 Downey St<br>San Francisco, CA 94117 | Chairman of Board<br>Director | 170,702<br>Common A |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Dr. Rocky Lee | 26A Luna Gardens, Rockwell Ctr<br>Makati, Metro Manila<br>1229 Philippines | Chairman of Board<br>Director | November 2015 -<br>November 2017 |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                     Best Case Bankruptcy

| Debtor | **Aero-X Golf, Inc.** | Case number *(if known)* **17-14249** |
|---|---|---|

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 29, 2017**

**/s/ Steven Lebischak**                                    **Steven Lebischak**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **Chief Executive**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes