**Fill in this information to identify the case:**

Debtor name  **Aero-X Golf, Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF VIRGINIA

Case number (if known)  **17-14249**

☑ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☑ Amended *Schedule*    **E/F**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 15, 2018**      X **/s/ Steven Lebischak**
Signature of individual signing on behalf of debtor

**Steven Lebischak**
Printed name

**Chief Executive**
Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Aero-X Golf, Inc. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number (if known) | 17-14249 |

■ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*........................................................................................................... $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.......................................................................................................... $ **844,268.44**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................................................. $ **844,268.44**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $ **10,000.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ **5,722,678.56**

4. **Total liabilities** ...........................................................................................................................
   Lines 2 + 3a + 3b                                                                                          $ **5,732,678.56**

**Fill in this information to identify the case:**

Debtor name: **Aero-X Golf, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF VIRGINIA

Case number (if known): **17-14249**

☒ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☒ No. Go to Part 2.
   
   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Action Media Inc**<br>**4665 Red Deer Trail**<br>**Broomfield, CO 80020**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ☒ No  ☐ Yes | | **$9,000.00** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**AFCO Insurance Premium Finance**<br>**5600 N. River Road Ste 400**<br>**Des Plaines, IL 60018-5187**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ☒ No  ☐ Yes | | **$528.00** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Antonelli, Terry, Stout**<br>**1300 North Seventeenth Street**<br>**Suite 1800**<br>**Arlington, VA 22209**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ☒ No  ☐ Yes | | **$1,269.00** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Bellatrix PC**<br>**5405 Morehouse Dr., Suite 110**<br>**San Diego, CA 92121**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ☒ No  ☐ Yes | | **$18,279.66** |

| Debtor | Aero-X Golf, Inc. | Case number (if known) | 17-14249 |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address<br>**Beverly Brito FBO Bud Misfelt**<br>c/o Erwin J. Shustak, Esq.,<br>401 West "A" Street, Ste 2250<br>San Diego, CA 92101<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **12% mandatory convertible note - Claim amount includes principal only**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $50,000.00 |
|---|---|---|

| 3.6 | Nonpriority creditor's name and mailing address<br>**Bruce Pettibone Consulting**<br>2633 Ocean St #2<br>Carlsbad, CA 92008<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $5,000.00 |

| 3.7 | Nonpriority creditor's name and mailing address<br>**Chris Holiday**<br>12624 Carmel Country Road, #82<br>San Diego, CA 92130<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **Claim amount includes principal only**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $111,842.00 |

| 3.8 | Nonpriority creditor's name and mailing address<br>**Commonwealth of Virginia**<br>**State Corp Comm**<br>PO Box 7607<br>Merrifield, VA 22116-7607<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $1,700.00 |

| 3.9 | Nonpriority creditor's name and mailing address<br>**Cora Vaden**<br>22 West Washington St.<br>Carson City, NV 89703<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **12% mandatory convertible note - Claim amount includes principal only**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $30,000.00 |

| 3.10 | Nonpriority creditor's name and mailing address<br>**David Felker**<br>20844 Wild Willow Hollow<br>Escondido, CA 92029<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **judgment**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $1,282,348.97 |

| 3.11 | Nonpriority creditor's name and mailing address<br>**deBary Partners**<br>1012 Brentwood Lane<br>Brentwood, TN 37027<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $2,000.00 |

| Debtor | Aero-X Golf, Inc. | Case number (if known) | 17-14249 |
|---|---|---|---|
| | Name | | |

| 3.12 | **Nonpriority creditor's name and mailing address**<br>Doug Winfield<br>1 Carriage Hill<br>Madison, AL 35758<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Claim amount includes principal only**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$76,342.00** |
|---|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address**<br>DW Sports Group<br>310 South Nina Drive, Ste 1<br>Mesa, AZ 85210<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$419.25** |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>EGJ, LLC<br>c/o Erwin J. Shustak, Esq.<br>401 West "A" Street, Ste 2250<br>San Diego, CA 92101<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **8% new money subscription note - Claim amount includes principal only**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$25,000.00** |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>Executive Financial Enterprise<br>1626 N Wilcox AVE, Box 680<br>Los Angeles, CA 90028<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$529.55** |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>Foremost Golf Manufacturing<br>No. 5 Kegong 8th Rd<br>Touliu City, Yunlin County 640<br>Taiwan (R.O.C)<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$1,000,000.00** |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>Franchise Tax Board<br>PO Box 942857<br>Sacramento, CA 94257-0531<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$800.00** |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>Gertrude Bronner<br>12624 Carmel Country Road, #82<br>San Diego, CA 92130<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **8% new money subscription note - Claim amount includes principal only**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$100,000.00** |

| Debtor | Aero-X Golf, Inc. | Case number (if known) | 17-14249 |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address<br>**Golf Talk Radio**<br>**900 Salida Del Sol Drive**<br>**Paso Robles, CA 93446**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$597.00** |
|---|---|---|---|
| 3.20 | Nonpriority creditor's name and mailing address<br>**Golfer's First Technologies**<br>**3444 Silverlake Ct.**<br>**Jamestown, NC 27282**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$7,027.28** |
| 3.21 | Nonpriority creditor's name and mailing address<br>**Grace McLain Capital Advisors**<br>**952 Golf House Rd, W. Suite I**<br>**PMB 127**<br>**Whitsett, NC 27377**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **12% mandatory convertible note - Claim amount includes principal only**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$50,000.00** |
| 3.22 | Nonpriority creditor's name and mailing address<br>**Grace McLain Capital Advisors**<br>**952 Golf House Rd, W. Suite I**<br>**PMB 127**<br>**Whitsett, NC 27377**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **Note - Claim amount includes principal only**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$104,000.00** |
| 3.23 | Nonpriority creditor's name and mailing address<br>**Grace McLain Capital Advisors**<br>**952 Golf House Rd, W. Suite I**<br>**PMB 127**<br>**Whitsett, NC 27377**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **Accrued interest note - Claim amount includes principal only**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$12,757.54** |
| 3.24 | Nonpriority creditor's name and mailing address<br>**Gravity Capital**<br>**Humberto Galleno**<br>**186 Collins Street**<br>**San Francisco, CA 94118**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **6% secured note - Claim amount includes principal only**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$40,000.00** |
| 3.25 | Nonpriority creditor's name and mailing address<br>**Hammacher Schlemmer INC**<br>**9307 N Milwaukee Ave**<br>**Saint Charles, IL 60174**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,785.20** |

| Debtor | Aero-X Golf, Inc. | Case number (if known) | 17-14249 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**Hye Precision Products**<br>**745 Carroll Street**<br>**Perry, GA 31069** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,031.78** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br>Is the claim subject to offset?  ■ No  ☐ Yes | |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**IP Data**<br>**704 W Park Ave Suite C**<br>**Edgewater, FL 32132-1409** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,329.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br>Is the claim subject to offset?  ■ No  ☐ Yes | |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**Jason Davies**<br>**c/o RBC Private Wealth Mgmt**<br>**500 La Terraza Blvd #102**<br>**Escondido, CA 92025** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$33,719.55** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Note-short term - Claim amount includes principal only**<br>Is the claim subject to offset?  ■ No  ☐ Yes | |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**Jeff Guzy**<br>**3130 19th Street**<br>**Arlington, VA 22201** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$28,750.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **12% mandatory convertible note - Claim amount includes principal only**<br>Is the claim subject to offset?  ■ No  ☐ Yes | |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**Jennifer Vaugh, Betsy R. 002**<br>**c/o Erwin J. Shustak, Esq.**<br>**401 West "A" Street, Suite 225**<br>**San Diego, CA 92101** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$50,000.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Note-short term - Claim amount includes principal only**<br>Is the claim subject to offset?  ■ No  ☐ Yes | |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**John Chu**<br>**3444 Silverlake Ct.**<br>**Jamestown, NC 27282** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$25,000.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **12% mandatory convertible note - Claim amount includes principal only**<br>Is the claim subject to offset?  ■ No  ☐ Yes | |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**John Crawford**<br>**212 Arrowhead Way**<br>**Clinton, NY 13323** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$100,000.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Note-short term - Claim amount includes principal only**<br>Is the claim subject to offset?  ■ No  ☐ Yes | |

Debtor **Aero-X Golf, Inc.**  
Name

Case number (if known) **17-14249**

| | | |
|---|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address**<br>**John McGinnis**<br>**4333 E. Hashknife Rd.**<br>**Phoenix, AZ 85050**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **6% secured note - Claim amount includes principal only**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$150,000.00** |
| 3.34 | **Nonpriority creditor's name and mailing address**<br>**John McGinnis**<br>**4333 E. Hashknife Rd.**<br>**Phoenix, AZ 85050**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **12% mandatory convertible note - Claim amount includes principal only**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$275,000.00** |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**Just Add Technology Solutions**<br>**PO Box 2092**<br>**Merrifield, VA 22116**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$7,208.34** |
| 3.36 | **Nonpriority creditor's name and mailing address**<br>**Karen Weseloh**<br>**6250 Mimulus**<br>**Rancho Santa Fe, CA 92067**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **5% 3 year note - Claim amount includes principal only**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$40,000.00** |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>**Karen Weseloh**<br>**6250 Mimulus**<br>**Rancho Santa Fe, CA 92067**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **8% new money subscription - Claim amount includes principal only**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$130,000.00** |
| 3.38 | **Nonpriority creditor's name and mailing address**<br>**Karen Weseloh**<br>**6250 Mimulus**<br>**Rancho Santa Fe, CA 92067**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **12% mandatory convertible note - Claim amount includes principal only**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$370,000.00** |
| 3.39 | **Nonpriority creditor's name and mailing address**<br>**Karen Weseloh**<br>**6250 Mimulus**<br>**Rancho Santa Fe, CA 92067**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Note-short term - Claim amount includes principal only**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$35,000.00** |

Debtor  **Aero-X Golf, Inc.**  Case number (if known)  **17-14249**
_____
Name

| 3.40 | **Nonpriority creditor's name and mailing address**<br>**Liberty Mutual Insurance**<br>**P. O. Box 85834**<br>**San Diego, CA 92186-5834**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$455.75** |
|---|---|---|---|
| 3.41 | **Nonpriority creditor's name and mailing address**<br>**Life After 50**<br>**50 S. De Lacey Ave. Suite 200**<br>**Pasadena, CA 91105-3806**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$800.00** |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>**Madavor Media LLC**<br>**25 Braintree Hill Office Park**<br>**Suite 404**<br>**Braintree, MA 02184**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$1,500.00** |
| 3.43 | **Nonpriority creditor's name and mailing address**<br>**McCarthy, Burgess, Wolff**<br>**26000 Cannon Road**<br>**Bedford, OH 44146**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$5,762.77** |
| 3.44 | **Nonpriority creditor's name and mailing address**<br>**Minuteman Press of Carlsbad**<br>**6353 El Camino Real #H**<br>**Carlsbad, CA 92009**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$665.02** |
| 3.45 | **Nonpriority creditor's name and mailing address**<br>**Miranda & Associates**<br>**1595 South Mission Road**<br>**Fallbrook, CA 92028**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$2,345.00** |
| 3.46 | **Nonpriority creditor's name and mailing address**<br>**Miranda CFO Services, Inc.**<br>**1595 South Mission Rd**<br>**Fallbrook, CA 92028**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$101,162.50** |

| Debtor | Aero-X Golf, Inc. | Case number (if known) | 17-14249 |
|---|---|---|---|
| | Name | | |

| 3.47 | **Nonpriority creditor's name and mailing address**<br>**MLG Automotive Law**<br>**2801 W. Coast Hiighway**<br>**Suite 370**<br>**Newport Beach, CA 92663**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$21,061.62** |
|---|---|---|---|
| 3.48 | **Nonpriority creditor's name and mailing address**<br>**Montana Department of Revenue**<br>**PO Box 6309**<br>**Helena, MT 59604-6309**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$822.95** |
| 3.49 | **Nonpriority creditor's name and mailing address**<br>**Mr. Cole Burr**<br>**Burrtec**<br>**9820 Cherry Avenue**<br>**Fontana, CA 92335**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **12% mandatory convertible note - Claim amount includes principal only**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$250,000.00** |
| 3.50 | **Nonpriority creditor's name and mailing address**<br>**New Jersey Commercial Collection (AFCO)**<br>**PO Box 2212**<br>**Cherry Hill, NJ 08034**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$528.00** |
| 3.51 | **Nonpriority creditor's name and mailing address**<br>**Novus Media Inc.**<br>**PO Box 86**<br>**Minneapolis, MN 55486-0664**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$96,043.52** |
| 3.52 | **Nonpriority creditor's name and mailing address**<br>**Pijush Dewanjee**<br>**3746 Saddle Dr.**<br>**Carlsbad, CA 92010**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$6,173.75** |
| 3.53 | **Nonpriority creditor's name and mailing address**<br>**POP TV LLC**<br>**5069 Maureen Lane, Unit A**<br>**Moorpark, CA 93021**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,179.36** |

| Debtor | Aero-X Golf, Inc. | Case number (if known) | 17-14249 |
|---|---|---|---|
| | Name | | |

| 3.54 | **Nonpriority creditor's name and mailing address**<br>**Procopio Law**<br>**525 B St Ste 2200**<br>**San Diego, CA 92101**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** **12% mandatory convertible note - Claim amount includes principal only**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$285,697.18** |
|---|---|---|---|
| 3.55 | **Nonpriority creditor's name and mailing address**<br>**Procopio Law**<br>**525 B St Ste 2200**<br>**San Diego, CA 92101**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Note - Claim amount includes principal only**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$63,804.00** |
| 3.56 | **Nonpriority creditor's name and mailing address**<br>**Procopio, Cory, Hargreaves & Savitch LLP**<br>**12544 High Bluff Drive, #300**<br>**San Diego, CA 92130**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | **$400,000.00** |
| 3.57 | **Nonpriority creditor's name and mailing address**<br>**QSControl Corp**<br>**No.39, Jing 3 Rd, C.E.P.Z**<br>**Wuchi, 04**<br>**Taichung City, Taiwan 435**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | **$14,000.00** |
| 3.58 | **Nonpriority creditor's name and mailing address**<br>**RBC  FBO D L Felker**<br>**500 La Terraza Blvd., Ste. 150**<br>**Escondido, CA 92025**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** **12% mandatory convertible note - Claim amount includes principal only**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$90,000.00** |
| 3.59 | **Nonpriority creditor's name and mailing address**<br>**RBC Capital Markets**<br>**FBO David Felker**<br>**500 La Terraza Blvd, #102**<br>**Escondido, CA 92025**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | **$758.33** |
| 3.60 | **Nonpriority creditor's name and mailing address**<br>**Riley L Criss Family Trust**<br>**c/o Erwin J. Shustak, Esq.**<br>**401 West "A" Street, Ste 2250**<br>**San Diego, CA 92101**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** **12% mandatory convertible note - Claim amount includes principal only**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$30,000.00** |

| Debtor | Aero-X Golf, Inc. | Case number (if known) | 17-14249 |
|---|---|---|---|
| | Name | | |

| 3.61 | **Nonpriority creditor's name and mailing address**<br>**Riley L Criss Family Trust**<br>**c/o Erwin J. Shustak, Esq.**<br>**401 West "A" Street, Ste 2250**<br>**San Diego, CA 92101**<br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  Note-short term - Claim amount includes principal only<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$33,719.55** |
|---|---|---|
| 3.62 | **Nonpriority creditor's name and mailing address**<br>**Robert W Morris TTEE**<br>**c/o Erwin J. Shustak, Esq.**<br>**401 West "A" Street, Ste 2250**<br>**San Diego, CA 92101**<br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:**  8% new money subscription note - Claim amount includes principal only<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$25,000.00** |
| 3.63 | **Nonpriority creditor's name and mailing address**<br>**State of California**<br>**Franschise Tax Board**<br>**PO Box 942857**<br>**Sacramento, CA 94257-0511**<br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:**  _<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$250.00** |
| 3.64 | **Nonpriority creditor's name and mailing address**<br>**Steven Lebischak**<br>**PO Box 2092**<br>**Merrifield, VA 22116**<br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  _<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$6,519.11** |
| 3.65 | **Nonpriority creditor's name and mailing address**<br>**Steven Lebischak**<br>**PO Box 2092**<br>**Merrifield, VA 22116**<br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:**  12% manadatory convertible note - Claim amount includes principal only<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$64,235.00** |
| 3.66 | **Nonpriority creditor's name and mailing address**<br>**Steven Lebischak**<br>**PO Box 2092**<br>**Merrifield, VA 22116**<br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  2014 back interest note - Claim amount includes principal only<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$900.00** |
| 3.67 | **Nonpriority creditor's name and mailing address**<br>**Steven Lebischak**<br>**PO Box 2092**<br>**Merrifield, VA 22116**<br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  2014 back pay note - Claim amount includes principal only<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$17,610.00** |

| Debtor | **Aero-X Golf, Inc.** | Case number (if known) | **17-14249** |
|---|---|---|---|
| | Name | | |

| 3.68 | **Nonpriority creditor's name and mailing address** **The Golf Shop - James Love** **2768 Loker Avenue** **Suite 100** **Carlsbad, CA 92010** Date(s) debt was incurred  _ Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No  ☐ Yes | **$3,083.35** |
|---|---|---|---|
| 3.69 | **Nonpriority creditor's name and mailing address** **The McLean Group** **7918 Jones Branch Dr #750** **Mc Lean, VA 22102** Date(s) debt was incurred  _ Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No  ☐ Yes | **$6,625.00** |
| 3.70 | **Nonpriority creditor's name and mailing address** **The Media Group** **848 West Bartlett Road, #10E** **Bartlett, IL 60103** Date(s) debt was incurred  _ Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No  ☐ Yes | **$7,500.00** |
| 3.71 | **Nonpriority creditor's name and mailing address** **Travelers Insurance** **PO Box 660317** **Dallas, TX 75266-0317** Date(s) debt was incurred  _ Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No  ☐ Yes | **$1,624.73** |
| 3.72 | **Nonpriority creditor's name and mailing address** **Turnstile Media Group** **PO Box 951276** **Dallas, TX 75395-1323** Date(s) debt was incurred  _ Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No  ☐ Yes | **$425.00** |
| 3.73 | **Nonpriority creditor's name and mailing address** **Word's Court Reporting Service** **Gidgette Nieves, CSR, Principa** **1265 Carlsbad Village Dr. #210** **Carlsbad, CA 92008** Date(s) debt was incurred  _ Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No  ☐ Yes | **$766.95** |
| 3.74 | **Nonpriority creditor's name and mailing address** **Yellow Pages United** **PO Box 50038** **Jacksonville Beach, FL 32240-0038** Date(s) debt was incurred  _ Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ■ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No  ☐ Yes | **$396.00** |

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | Aero-X Golf, Inc. | Case number (if known) | 17-14249 |
|---|---|---|---|
| | Name | | |

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **James P. Koch, Esq.**<br>**Law Offices of James P. Koch**<br>**1101 St. Paul Street**<br>**Baltimore, MD 21202** | Line  **3.10**<br><br>☐  Not listed. Explain ____ | _ |

### Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b.  + | $ | 5,722,678.56 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 5,722,678.56 |